THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LUTHER BODDY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*
(Argued June 14, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Supreme Court, rendered February 3, 1922, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Herman Hoffman* for appellant.
*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ.   Dissenting: CARDOZO, J.